## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| KELLY RENEA BROWN | CASE NO. 3:19-CV-01060 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| JAMES CONSTRUCTION GROUP L.L.C., ET AL. | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that plaintiff's motion to remand [doc. # 6] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's claims against defendant, Travis Owens, are hereby **DISMISSED, WITHOUT PREJUDICE**, for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 5th day of December, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

1